UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 DEC 14  A 11: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHESTER J. CHALUPOWSKI, Individually and as Beneficiary of the 26-30 Andrew Street Realty Trust, and Mary Jane Chalupowski Family Trust, and MALGORZATA CHALUPOWSKI, Plaintiffs<br><br>vs.<br><br>ANTHONY METAXAS, Individually and as a Partner in the Metaxas, Norman & Pidgeon, LLP, PETER C. DIGANGI, Individually and in his official capacity as a Circuit Justice of the Probate and Family Court, PAMELA CASEY O'BRIEN, Individually and in her official capacity as a Register of Probate, Essex Probate and Family Court, JOHN C. STEVENS, Individually and in his capacity a Chief Justice of Essex Probate and Family Court, JANIS M. BERRY, Individually and in her official capacity as Associate Justice of the Appeals Court, SHARON D. MEYERS, JOSEPH P. CORONA, JOHN D. WELCH, MARGARET BARMACK, SAMIR P. PATEL, DANIEL P. NORTHRUP, JOSEPH F. COLLINS, JOHN P. MORRIS, MARC MIDDLETON, ISAAC H. PERES, JAMES R. TEWHEY, Defendants | Civil Action No. 06-11936-WGY |

### DEFENDANT DANIEL P. NORTHRUP's MOTION TO DISMISS

Now comes Daniel P. Northrup, Individually and as Court Appointed Guardian for the Plaintiff's mother Mary Jane Chalupowski, and moves the Honorable Court to dismiss the Civil Action captioned above, and joins in the reasons set forth in the Motions to Dismiss filed by Defendants Anthony Metaxas and Isaac H. Peres.

DANIEL P. NORTHRUP

Pro Se

_____
Daniel P. Northrup
PO Box 1202
Middleton, Massachusetts 01949
(978) 750-0386

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this ___ day of December, 2007.

_____

Dated: December 13, 2007