UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                        Civil Action
                                                        No: <u>06-11936-WGY</u>

CHESTER CHALUPOWSKI
MALGORZATA CHALUPOWSKI
Plaintiff

v.

ANTHONY METAXAS
PETER DiGANGI
PAMELA O'BRIEN
JOHN STEVENS
JANIS BERRY
SHARON MEYERS
JOSEPH CORONA
JOHN WELCH
MARGARET BARMACK
SAMIR PATEL
DANIEL NORTHRUP
JOSEPH COLLINS
JOSEPH MORRIS
MARC MIDDLETON
ISAAC PERES
JAMES TEWHEY
JOHN MORRIS
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,D.J.</u>

      After a hearing held on    1/24/08   ,this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed  The court Orders that any further cases filed by the plaintiffs are to be filed as a related case for review by Judge Young.

        Sarah A. Thornton
        Clerk

              /s/ Elizabeth Smith
        By: _____
              Deputy Clerk

January 25, 2008

Notice mailed to counsel of record.